**Order issued September 26, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01193-CV

### JUANITA J. GAROFALO, Appellant

### V.

### CHECK INTO CASH OF TEXAS, LLC, Appellee

## ORDER

Before Chief Justice Wright and Justices Francis and Lang-Miers

The Court has before it appellant's September 18, 2012 notice of appeal of judgement on contest of affidavit of indigency. The Court treats the notice of appeal as a motion for review of the trial court's decision under TEX. R. APP. P. 20.1(j) and **GRANTS** the motion. We **ORDER** the trial court to either conduct a hearing on appellant's amended affidavit of indigency or sign an order extending the time to conduct a hearing on that affidavit within ten days of the date of this order, giving proper notice of the hearing to both parties. *See* TEX. R. APP. P. 20.1(i)(2)(B).

ELIZABETH LANG-MIERS
JUSTICE